**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William James MILLER, Defendant–
Appellant.**

No. 13–50392.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 27, 2014.

Jean–Claude Andre, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA,

Sandy N. Leal, Assistant U.S., United States Attorney's Office, Santa Ana, CA, for Plaintiff–Appellee.

William James Miller, Los Angeles, CA, pro se.

Phillip A. Trevino, Esquire, Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

William James Miller appeals from the district court's judgment and challenges the six-month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Miller's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Miller the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.